**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
Carolyn Campbell and Kenneth Pearce

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CAMPBELL AND KENNETH PEARCE,<br><br>    Plaintiffs,<br><br>vs.<br><br>EQUIANT FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No.:  8:22-cv-01198-CJC-DFM<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//
//
//

TO THE COURT, PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that Plaintiffs CAROLYN CAMPBELL AND KENNETH PEARCE ("Plaintiffs") and Defendant EQUIANT FINANCIAL SERVICES, INC. ("Defendant") (collectively "the Parties") have agreed to settle the above-captioned action.

Plaintiffs anticipate that the Parties will finalize and execute a written settlement agreement and a Stipulation for Dismissal of this action will be forthcoming within forty-five (45) days from the date of this Notice.

Plaintiff respectfully requests that the Court vacate any upcoming hearings or deadlines in this matter in light of the Parties' settlement and that the Court retain jurisdiction over this action until entry of dismissal.

Dated: July 25, 2023    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: s/ Mona Amini
David J. McGlothlin, Esq.
Mona Amini, Esq.
*Attorneys for Plaintiffs*

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Ave., Unit D1, Costa Mesa, CA 92626. On July 25, 2023, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 25, 2023, at Costa Mesa, CA.

/s/ *Mona Amini*
MONA AMINI