**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
Carolyn Campbell and Kenneth Pearce

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN CAMPBELL AND KENNETH PEARCE,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIANT FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No.: 8:22-cv-01198-CJC-DFM<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P 41(A)** |

//
//
//
//
//
//
//
//
//

Plaintiffs CAROLYN CAMPBELL AND KENNETH PEARCE ("Plaintiffs") and Defendant EQUIANT FINANCIAL SERVICES, INC. ("Defendant"), through their attorneys, hereby stipulate and jointly request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice. Each of the Parties shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated: October 4, 2023    **KAZEROUNI LAW GROUP, APC**

By:   s/ Mona Amini
    DAVID J. MCGLOTHLIN, ESQ.
    MONA AMINI, ESQ.
    *Attorneys for Plaintiffs*

Dated: October 4, 2023    **SESSIONS ISRAEL & SHARTLE LLP**

By:   s/  James K. Schultz
    JAMES K. SCHULTZ, ESQ.
    *Attorneys for Defendant*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 4, 2023    By:   s/ Mona Amini
    MONA AMINI, ESQ.
    *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On October 4, 2023 I served the within document(s):

**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 4, 2023, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.