# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN CAMPBELL AND KENNETH PEARCE,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EQUIANT FINANCIAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.: 8:22-cv-01198-CJC-DFM<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)** |

Having considered the Stipulation for Dismissal of this action filed by the parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and good cause appearing therefor, IT IS HEREBY ORDERED:

　　1. This entire action is dismissed with prejudice; and

　　2. Each of the Parties shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: October 4, 2023

By: _____
Honorable Cormac J. Carney
U.S. District Court Judge